## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**ROBERTO TORRES-TORRES, et al.,**

    **Plaintiffs,**

       **v.**                                  **CIVIL NO. 12-2010 (GAG)**

**CIRO ENERGY PARTNERS, LLC,**

    **Defendant.**

### JUDGMENT

    Pursuant to the court's order at Docket No. 7, judgment is hereby entered dismissing Plaintiffs' claims, without prejudice.

    **SO ORDERED.**

    In San Juan, Puerto Rico this 13th day of December, 2012.

                                        *s/ Gustavo A. Gelpí*

                                       GUSTAVO A. GELPI
                                United States District Judge